ALANA W. ROBINSON
Acting United States Attorney
ALEXANDRA F. FOSTER
Assistant United States Attorney
Washington, D.C. Bar No. 470096
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6735

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 17CR0501-JAH |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| GERARD M. MCTEAR, III, Aka Gered McTar, | |
| Defendant. | |

The parties, UNITED STATES OF AMERICA, by and through its counsel Alana W. Robinson, Acting United States Attorney, and Alexandra F. Foster, Assistant U.S. Attorney, and the defendant, through his defense counsel, hereby jointly move, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to enter a protective order to prevent premature and unwarranted disclosure of evidence and to safeguard personal identifying information and sensitive business records.

The parties jointly move and agree that the Assistant United States Attorneys assigned to this case and their assistants, including law enforcement agents (hereafter collectively referred to as "the Government"), and the defendant, his counsel and their

assistants (hereafter collectively referred to as "the Defendant") shall not disclose the substance of any discovery material produced to the Defendant or obtained by the Government from the Defendant to any third party not involved in the investigation or prosecution of the case, unless such material is already a matter of public record.

The parties further move and agree that nothing contained herein shall prevent the Government or the Defendant from disclosing such discovery material to any other attorneys working for the Government, the Defendant, government agents (federal, state or local), paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel, employees and any other person working for the Government or the Defendant in the investigation or preparation of this case or, with respect to the Government only, in other criminal investigations.

Third, nothing contained herein shall preclude the Government or the Defendant from conducting an investigation of the facts of this case on behalf of the Government or the Defendant, or with respect to the Government only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government or the Defendant to obtain prior permission of this Court.

The parties jointly move and agree that, should defense counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within 10 days.

All filings attaching any part of the discovery shall be filed under seal.

Finally, the parties jointly move and agree that each counsel shall be required to communicate the substance of the Court's order on this motion and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: 3-21, 2017

JOHN A. HOUSTON
United States District Judge

3

I consent to the entry of the attached protective order in the case of *United States v. McTear*, Criminal Case No. 17CR0501-JAH.

DATE: 03/21/17

_____
ALEXANDRA F. FOSTER
Assistant United States Attorney

DATE: 3/21/17

_____
Caitlin E. Howard
Attorney for Defendant Gerard McTear

4