PROB 12B
(08/16)

May 14, 2019
pacts id: 3389193

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Gerard M. McTear (English)        **Dkt No.:** 17CR00501-001-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, Senior U.S. District Judge

**Sentence:** 24 months' custody and 3 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** January 5, 2018

**Date Supervised Release Commenced:** March 1, 2019

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**ORDER SUPERVISED RELEASE PREVIOUSLY IMPOSED ON MARCH 1, 2019, BE TERMINATED.**

### CAUSE

On March 1, 2019, Mr. McTear commenced supervised release in the Eastern District of Pennsylvania. On April 6, 2019 Mr. McTear was arrested by the West Pikeland Police Department for possession of a controlled substance, use/possession of drug paraphernalia, and disorderly conduct. On April 16, 2019, he was released from custody on bond. He was directed by the probation officer to enter residential drug treatment.

On April 26, 2019, Mr. McTear's mother contacted the probation officer to report that Mr. McTear was found deceased. The undersigned has received a report of death from the Office of the Coroner, County of Chester, Pennsylvania, confirming that Mr. McTear passed away on April 26, 2019. Manner of death and cause of death are pending investigation and toxicology. It is therefore recommend that Mr. McTear's term of supervised release be terminated.

Respectfully submitted:

_____
Nicole Fisher
U.S. Probation Officer
619-446-3843

Reviewed and approved:

_____
Lori A. Faubel
Supervising U.S. Probation Officer

jga

Attachments:

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above

____ Other _____

_____
The Honorable John A. Houston                          Date 5-17-19
Senior U.S. District Judge